

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Terel Devon Houston,

Vs. No. 11-24-00087-CR

The State of Texas,

\* From the 118th District Court
 of Howard County,
 Trial Court No. 16720.

\* June 13, 2024

\* Memorandum Opinion by Trotter, J.
 (Panel consists of: Bailey, C.J.,
 Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed. Therefore, in accordance with this court's opinion, the appeal is dismissed.